**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMIE KERR**                                                          **PLAINTIFF**

**v.**                                   **Case No. 4:26-cv-00056-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is reversed, and this case is REMANDED for

further administrative proceedings.  Judgment is entered in favor of the Plaintiff.  This is a

"sentence four" remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 23rd day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE